IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA DEVLIN and JULIE THUMM, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FERRANDINO & SON, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 2:15-cv-04976-NIQA<br><br>Judge Nitza I. Quinones Alejandro |

**PLAINTIFFS' UNOPPOSED MOTION FOR
<u>PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT</u>**

　　　　Plaintiffs, Maria Devlin and Julie Thumm, through their undersigned counsel, respectfully move this Court for an Order:

　　　　1.　　Granting preliminary approval of the Parties' Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to this Motion;

　　　　2.　　For settlement purposes, preliminarily certifying the state law claims as a FED. R. CIV. P. 23 class on behalf of the Pennsylvania Settlement Class and conditionally certifying the FLSA claims pursuant to 29 U.S.C. § 216(b);

　　　　3.　　Preliminarily approving Plaintiffs, Maria Devlin and Julie Thumm as Representatives of the Pennsylvania Settlement Class;

　　　　4.　　Preliminarily approving Berger & Montague, P.C. and Willig, Williams & Davidson as Class Counsel for the Pennsylvania Settlement Class;

　　　　5.　　Preliminarily approving The Angeion Group as Settlement Administrator and preliminarily approving the costs of claims administration;

　　　　6.　　Approving the Class Notice and Opt-In Consent Form, true and correct copies of which are attached as Exhibits A and B, respectively, to the Settlement Agreement; and

7. Approving the proposed schedule and procedure for completing the final approval process as set forth in the Parties' Settlement Agreement.

This Motion is based on the accompanying Memorandum of Law, the Declarations of Sarah Schalman-Bergen and Ryan Allen Hancock in Support of the Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement Agreement, the attached Exhibits, and all other records, pleadings and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion.

A proposed Order is submitted for the Court's consideration.

Dated: March 7, 2016                                    Respectfully submitted,

s/ Sarah Schalman-Bergen
Sarah R. Schalman-Bergen (PA 206211)
Shanon J. Carson (PA 85957)
Camille Fundora (PA 312533)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: sschalman-bergen@bm.net
       scarson@bm.net
       cfundora@bm.net

Ryan Allen Hancock (PA 92590)
Bruce Ludwig (PA 23251)
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Telephone: (215) 656-3679
Facsimile: (215) 561-5135
Email: rhancock@wwdlaw.com
       bludwig@wwdlaw.com

*Attorneys for the Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 7th day of March, 2016.

s/ Sarah Schalman-Bergen
Sarah R. Schalman-Bergen (PA 206211)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: scarson@bm.net
